## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR172** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JERRY A. LOPEZ,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 5). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 5) is granted;

2. This case is dismissed against the above-named Defendant, without prejudice;

3. The outstanding arrest warrant is quashed; and

4. The Clerk is directed to deliver a copy of this order to the U.S. Marshal for this District.

DATED this 19th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge